UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kaitlin O'Rourke,

    Plaintiff,

v.

Limited Stores, LLC,

    Defendant.

Case No. 2:16–cv–1180

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

On March 28, 2017, the United States Magistrate Judge recommended that this case be administratively closed unless and until the bankruptcy court has limited the automatic stay or concludes the bankruptcy case. Report and Recommendation, ECF No. 7 ("R&R"). The parties were specifically advised of their right to object to the R&R and of the consequences of their failure to do so. There has nevertheless been no objection to the R&R.

The R&R, ECF No. 7, is hereby **ADOPTED and AFFIRMED.** The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action unless and until the parties advise the Court that the bankruptcy court has lifted the automatic stay or concludes the bankruptcy case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT